UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSHUA N. HARDIN,

       Plaintiff,

v.                            Case No. 3:17-cv-1299-J-20MCR

DOCTOR CRUZ, et al.,

       Defendants.
_____

## ORDER TO SHOW CAUSE

Plaintiff was previously directed to submit to the Clerk of Court three copies of his amended complaint for service of process by April 26, 2018. See Order (Doc. 8). To date, Plaintiff has failed to fully comply with the Court's Order or request additional time within which to do so. Accordingly, it is

**ORDERED:**

1. By **June 8, 2018,** Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 8) or otherwise prosecute the case, pursuant to Rule 3.10(a), Rules of the United States District Court for the Middle District of Florida.

2. Also, by **June 8, 2018**, Plaintiff shall submit to the Clerk three complete copies of his Amended Complaint, including exhibits, for service of process.

3. Plaintiff's failure to timely comply with this Order to Show Cause may result in the **dismissal** of this case without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of May, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 5/11
c:
Joshua N. Hardin